IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Mag. No. 14-1851 BPG |
| KEVIN JOHNSON,<br>Defendant | * |

..ooOOOoo..

## MOTION TO DISMISS

COMES NOW the United States of America, by and through undersigned counsel, and moves to dismiss the Complaint now pending in the above-captioned matter without prejudice, which charged the above named Defendant with Escape, in violation of Title 18 U.S.C. § 751(a), pursuant to Rule 48(a). Fed.R.Crim.P. 48(a). In support thereof, the Government states as follows:

The original Complaint and Arrest Warrant was filed on or about August 18, 2014. The Defendant was arrested thereon on August 20, 2014, and had his Initial Appearance on the same date. A preliminary hearing was scheduled for September 3, 2014, at Noon.

The Escape charge stems from the Defendant's failure to report as directed to a residential re-entry center in Baltimore, MD, on August 6, 2014. The Defendant was to serve the last six months of his sentence at the residential re-entry center in Baltimore known as Volunteers of America ("VOA"). The expiration date of his sentence was February 1, 2015.

After conferring with the Bureau of Prisons, it was indicated that the Defendant will not be eligible for placement in a residential re-entry center, like the VOA, and instead will serve his sentence until it expires in mid February 2015. This reflects a February 1, 2015 release date,

plus two weeks tacked on for the Defendant's failure to report as directed.[1] It is the Government's understanding that the Defendant will remain at the Chesapeake Detention Facility where he will serve the balance of his sentece.[2]

The circumstances surrounding the Defendant's arrest and activities for the two weeks he was in fugitive status require additional follow up. Therefore, the Government respectfully moves to dismiss the Complaint pending in Magistrate Number 14-1851 BPG without prejudice.

                              Respectfully submitted,

                              Rod J. Rosenstein
                              United States Attorney

By: _____
Judson Mihok
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

---

[1] Of course, the Bureau of Prisons maintains sole responsibility for calculating the Defendant's release date and this is just included as a point of reference. The Defendant's actions may, for example, result in the loss of good time credit, which would further increase his projected release date.

[2] It is the Government's present understanding that the Defendant will remain at the Chesapeake Detention Facility in the custody of the U.S. Marshal's Service, notwithstanding the fact that he will not be considered held on pre-trial release once the Escape charged in the Complaint is dismissed.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Mag. No. 14-1851 BPG |
| KEVIN JOHNSON, Defendant | * |

..ooOOOoo..

## ORDER

UPON motion of the attorney for the government:

THE COURT FINDS that the interests of justice are served by dismissal of the Complaint currently pending in Mag. No. 14-1851 BPG, which charges the Defendant with Escape, in violation of 18 U.S.C. § 751(a), pursuant to Federal Rule of Criminal Procedure 48(a);

THEREFORE, IT IS HEREBY ORDERED this _____ day of September, 2014, that Complaint currently pending in Mag. No. 14-1851 BPG, which charges the Defendant with Escape, in violation of 18 U.S.C. § 751(a), is dismissed without prejudice. Fed. R. Crim. P. 48(a)  So ORDERED.

STEPHANIE A. GALLAGHER
U.S. MAGISTRATE JUDGE